ROBERT J. JACKSON & ASSOCIATES, INC.
Robert J. Jackson, Esq., SBN 53809
rjackson@jandalegal.com
Amy E. Starrett, Esq., SBN 256204
astarrett@jandalegal.com
4199 Campus Drive, Suite 700
Irvine, CA 92612
Tel:  (949) 854-2244/ Fax: (949) 892-1327

Attorneys for Plaintiff,
U.S. BANK NATIONAL ASSOCIATION, as Trustee,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEATRIZ GONZALES; and DOES 1 through 100, inclusive<br><br>　　　　　　Defendant. | Case No.: 1:11-CV-00060-OWW-JLT<br><br>**ORDER GRANTING MOTION TO REMAND; GRANTING IN PART REQUEST FOR ATTORNEY FEES; AND DENYING REQUEST TO BAR FUTURE REMOVALS**<br><br>Date: March 14, 2011<br>Time: 10:00 a.m.<br>Ctrm: 3<br>Location: 2500 Tulare Street,<br>　　　　Fresno, CA 93721 |

　　　　On March 14, 2011 the Motion to Remand Case, Request Attorneys' Fees and Costs, and Request to Bar Future Removals of Plaintiff, U.S. BANK NATIONAL ASSOCIATION, as Trustee ("Plaintiff") came on for hearing before the Honorable Oliver W. Wanger, United States District Court Magistrate Judge, in Courtroom 3 of the above-entitled Court.

　　　　After considering the moving papers and supporting paperwork including the Declaration of Mira Aynes, the Court enters the following order:

1

---

**ORDER GRANTING MOTION TO REMAND CASE, REQUEST FOR ATTORNEYS' FEES, AND REQUEST FOR BAR ON FUTURE REMOVALS**

IT IS ORDERED that:

1. This action is REMANDED to Superior Court of California, Kern County- Metropolitan Judicial District, Case No. CL254564;
2. Plaintiff's request for $2,100 in attorney's fees and costs associated with this remand motion is GRANTED IN PART; Plaintiff shall recover only $1,500 in attorney's fees;
3. Plaintiff's request for an injunction against future removals of this action is DENIED;

IT IS SO ORDERED.

Dated:   **April 8, 2011**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO REMAND CASE, REQUEST FOR ATTORNEYS' FEES, AND REQUEST FOR BAR ON FUTURE REMOVALS**